AO 91 (Rev. 08/09)  Criminal Complaint

*Felony*

**United States District Court**
**Southern District of Texas**
~~FILED~~

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas, Brownsville

JAN 02 2019

David J. Bradley, Clerk of Court

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Hilario VALDEZ-MARTINEZ | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

Case No.  B-19-101-MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ December 31, 2018 _____ in the county of _____ Cameron _____ in the
_____ Southern _____ District of _____ Texas _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922 (n) | It shall be unlawful for any person who is under felony indictment for a crime punishable by imprisonment for a term exceeding one year, to receive any firearm which has been shipped or transported in interstate commerce. |

This criminal complaint is based on these facts:

See Attachment A for more details.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Amanda Schweiner, Special Agent ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 2, 2019

_____
*Judge's signature*

City and state: _____ Brownsville, Texas _____

Ignacio Torteya III, United States Magistrate Judge
*Printed name and title*

United States District Court
Southern District of Texas
**FILED**

JAN 0 2 2019

David J. Bradley, Clerk of Court

AO 91 (Rev 2/09) Criminal Complaint

## ATTACHMENT A  B-19-101-MJ

On December 21, 2018, ATF Brownsville Field Office (BFO) agents received information that an individual, later identified as Hilario VALDEZ-MARTINEZ, was attempting to acquire a .308 caliber rifle. Your affiant reviewed court documents which revealed VALDEZ-MARTINEZ has been under felony indictment, in the 103rd Judicial District Court of Cameron County, since October 2018, for possession with intent to deliver a controlled substance.

Following the identification of VALDEZ-MARTINEZ and his prohibited status, an ATF undercover (UC) agent began communicating with VALDEZ-MARTINEZ by telephone. VALDEZ-MARTINEZ asked the UC agent to purchase a firearm on his behalf, specifically a .308 caliber rifle. VALDEZ-MARTINEZ explained to the UC agent that he would provide him the cash needed to purchase this firearm.

On December 31, 2018, the UC agent informed VALDEZ-MARTINEZ that a Federal Firearm Licensee (FFL) located in Harlingen, Texas a DPMS, Panther Arms .308 caliber rifle in stock for $910. On this date, VALDEZ-MARTINEZ and the UC agent at the FFL, where VALDEZ-MARTINEZ provided the UC agent $910 to purchase the firearm, and gave the UC agent an extra $100 as payment.

After the UC agent purchased the DPMS rifle, they met with VALDEZ-MARTINEZ in the FFL parking lot. VALDEZ-MARTINEZ took this firearm into his possession, and placed it into his vehicle, where it was later recovered by agents.

Soon after VALDEZ-MARTINEZ placed the firearm in his vehicle, he was arrested by ATF agents and transported to the BFO field office for an interview. VALDEZ-MARTINEZ was read his Miranda rights, which he waived and agreed to speak to agents. VALDEZ-MARTINEZ informed your affiant that he was aware he was under felony indictment and therefore unable to purchase or receive firearms. VALDEZ-MARTINEZ also admitted to asking the ATF UC to purchase a firearm on his behalf.

Your affiant has been advised that the DPMS rifle, which VALDEZ-MARTINEZ took into his possession, was not manufactured in the state of Texas.

_____
Amanda Schweiner, Special Agent ATF

Sworn to before me and subscribed in my presence,

_____
Ignacio Torteya III, United States Magistrate Judge

_January 2, 2019_
Date